■

In the Matter of DOMINICK D. PAPE, Petitioner, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

■

DURAND REALTY CO., INC. et al., Appellants-Respondents, v. ABRAHAM STOLMAN et al., Individually and as Copartners Doing Business under the Name of J. STOLMAN'S SONS, Appellants-Respondents.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [197 Misc. 208.]

■

GREYSTONE HOTEL CORPORATION, Appellant, v. MURRAY ZARNES et al., Respondents.— Determination unanimously affirmed, with costs to respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 890.]

■

MAX WENDLINGER et al., Plaintiffs, and GILMAN S. CURRIER, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 864.]

■

BARNEY WEISS, Respondent, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Appellants.— The complaint is framed on the premise that plaintiff was entitled to certain prior teaching credit and a specified salary as a matter of law and not as a matter of defendants' discretion. Accordingly he sues for money owed. Whether he may recover at law in the absence of a review of the action of the board in evaluating his prior service is not before us on this appeal. We decide no other question than that the four months' Statute of Limitation is not applicable to the present cause of action. Order unanimously affirmed, with $20 costs and disbursements to respondent. Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LORD & TAYLOR, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [424–434 5th Ave., Borough of Manhattan.] — Order unanimously modified so as to fix the assessed valuation for each tax year involved at Land $4,050,000, Building $2,200,000, total $6,250,000 and, as so modified, affirmed, with $20 costs and disbursements to appellants. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Bergan, JJ.

■

JOHN BRYANT v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See 279 App. Div. 1001.]